IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN FELDER | : | CIVIL ACTION NO. 1:11-CV-903 |
| Petitioner | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Mannion) |
| v. | : | |
| DAVID EBBERT, Warden | : | |
| Respondent | : | |

## O R D E R

Before the Court in the above-captioned action is a May 17, 2011 Report of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Mannion.

2) The Petitioner's application to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

3) The Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED.**

4) The Clerk of Court shall close the file.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: June 6, 2011